IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

WEST POTOMAC FIRE & RESCUE, INC.
11906 Wheatfield Dr.
Hagerstown, MD 21740

FOUR STATE EMERGENCY
EQUIPMENT LLC
10233 Governor Lane Blvd.
Williamsport, MD 21795

WILLIAM PRICE
208 E. Potomac St.
Williamsport, MD 21795

MICHELLE PRICE
208 E. Potomac St.
Williamsport, MD 21795

       Defendants.

Case No.

_____

## COMPLAINT

The United States of America brings this action at the request of the Chief Counsel of the

Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the

Attorney General of the United States to collect the unpaid federal employment tax liabilities of

West Potomac Fire & Rescue, Inc. and Four State Emergency Equipment LLC, and to enjoin

Four State Emergency Equipment LLC, Michelle Price, and William Price from accruing

additional unpaid federal tax liabilities and from further interfering with the enforcement of the

internal revenue laws.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this civil action pursuant to 26 U.S.C. § 7402(a), and 28 U.S.C. §§ 1340 and 1345.

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1396 because the principal offices of Four State Emergency Equipment LLC are located in Washington County, and because William and Michelle Price reside in Washington County, Maryland.

## PARTIES

3.      Plaintiff is the United States of America.

4.      Defendant West Potomac Fire & Rescue Equipment, Inc. is a corporation organized under the laws of Maryland, and operated in that state at all times relevant to this suit. Its registered office address is in Washington County, Maryland.

5.      Defendant Four State Emergency Equipment LLC is a corporation organized under the laws of Maryland, and operates in that state. Its registered office address is in Washington County, Maryland.

6.      Defendant William Price was the owner and operator of West Potomac Fire & Rescue, Inc. at all times relevant to this suit. He was also responsible for the operation of Four State Emergency Equipment LLC through his wife and alter ego Michelle Price at all times relevant to this suit. Mr. Price resides in Washington County, Maryland.

7.      Defendant Michelle Price was the sole member of Four State Emergency Equipment LLC at all times relevant to this suit. Mrs. Price resides in Washington County, Maryland.

## BACKGROUND

8.     For eight years, Defendants William and Michelle Price have flagrantly refused to

file employment tax returns or pay the federal employment taxes for West Potomac Fire &

Rescue Equipment, Inc. ("West Potomac Fire & Rescue") and Four State Emergency Equipment

LLC ("Four State Emergency").  Their consistent flouting of the federal tax laws has resulted in

ever-increasing unpaid employment tax liabilities that now total nearly $300,000.

9.     From 2009 through 2012, Mr. Price owned and operated West Potomac Fire &

Rescue Equipment, Inc. ("West Potomac Fire & Rescue"), an auto repair garage that serviced

fire and rescue equipment in Williamsport, Maryland.  West Potomac Fire & Rescue regularly

failed to pay its employment taxes during its three-year operation, and accrued unpaid

employment tax liabilities of approximately $260,000.

10.     West Potomac Fire & Rescue was subject to the payroll tax obligations imposed

by federal law, which include the duties to:

     a.     File with the Internal Revenue Service ("the Service" or "IRS") its

Employer's Quarterly Federal Tax Returns (IRS Form 941) and its annual Employer's

Federal Unemployment Tax Returns (IRS Form 940) as required by 26 U.S.C. § 6011

and 26 C.F.R. § 31.6071(a)-1;

     b.     Withhold its employees' federal income and Federal Insurance

Contributions Act ("FICA") taxes, and to pay over to the IRS those withholdings, along

with the employer's own FICA and Federal Unemployment Tax Act ("FUTA") taxes, as

required by 26 U.S.C. §§ 3102, 3111, 3301, and 3402;

     c.     Make periodic deposits of the withheld federal income and employment

taxes, as well as its share of employment taxes, into an appropriate federal depository

bank in accordance with the applicable Treasury regulations as required by 26 U.S.C. §§ 6302, 6157 and 26 C.F.R. § 31.6302-1.

11.     The IRS made considerable efforts to bring West Potomac Fire & Rescue into compliance with its employment tax deposit and payment obligations.  Those efforts included:

    a.     Preparing federal employee tax returns under the authority of 26 U.S.C. § 6020(b) after West Potomac failed to file its federal employer's quarterly tax returns for a number of taxable quarters, and making assessments of statutory interest and penalties against West Potomac Fire & Rescue for several tax periods ending in 2009 through 2012.

    b.     Issuing numerous notices to West Potomac Fire & Rescue with respect to its unpaid federal employment tax liabilities, demanding payment of those liabilities, and advising West Potomac Fire & Rescue of the Government's right to collect the unpaid tax liabilities by levy;

    c.     Establishing installment agreements for payment of West Potomac Fire & Rescue's unpaid tax liabilities that were later defaulted;

    d.     Recording Notices of Federal Tax Lien against West Potomac Fire & Rescue;

    e.     Levying upon West Potomac Fire & Rescue bank accounts in an attempt to satisfy its unpaid federal employment tax liabilities, with only limited success.

12.     None of these efforts were effective in compelling West Potomac Fire & Rescue to meet its employment tax deposit and payment obligations.  Instead, in 2012, Mr. Price stopped conducting operations under the name of West Potomac Fire & Rescue, changed physical

locations, and opened Four State Emergency with his wife, Defendant Michelle Price, as the sole member of the limited liability company.

13.     Four State Emergency has the same equipment, the same business operation, and the same clients as West Potomac Fire & Rescue.  In addition, although Mrs. Price is the sole member of Four State Emergency, she has no background in fire and rescue equipment repair, and has another full-time job.  On information and belief, William Price was the true operator of Four State Emergency at all relevant times.

14.     Four State Emergency has continued West Potomac Fire & Rescue's flagrant violation of the federal employment tax laws, and has repeatedly failed to make timely and adequate federal employment tax deposits.

15.     The IRS has made considerable efforts to bring Four State Emergency into compliance with its employment tax deposit and payment obligations, which include substantially the same efforts as those listed in paragraph 11.  Those efforts have similarly failed to be effective in compelling Four State Emergency to meet its employment tax deposit and payment obligations.

## COUNT I

### REDUCE TO JUDGMENT TAX ASSESSMENTS
### AGAINST WEST POTOMAC FIRE & RESCUE

16.     The United States incorporates paragraphs 1 through 15 of this complaint as if fully set forth herein.

17.     West Potomac Fire & Rescue repeatedly failed to make timely and adequate federal employment tax deposits.  A delegate of the Secretary of the Treasury properly and timely made assessments against West Potomac Fire & Rescue for the following unpaid employment taxes:

| Tax Type | Tax Period Ending | Date of Original Assessment | Tax Assessed | Outstanding Balance (as of December 26, 2016) |
|---|---|---|---|---|
| WT-FICA (Form 941) | 03/31/2009 | 02/15/2010 | $21,430.44 | $15,797.48 |
| WT-FICA (Form 941) | 06/30/2009 | 03/13/2010 | $20,086.68 | $28,199.74 |
| WT-FICA (Form 941) | 09/30/2009 | 03/15/2010 | $16,078.28 | $30,814.38 |
| WT-FICA (Form 941) | 12/31/2009 | 04/05/2010 | $17,825.10 | $30,852.35 |
| WT-FICA (Form 941) | 03/31/2010 | 09/27/2010 | $13,616.88 | $20,608.67 |
| WT-FICA (Form 941) | 06/30/2010 | 09/13/2010 | $13,393.48 | $20,327.74 |
| WT-FICA (Form 941) | 09/30/2010 | 03/21/2011 | $18,763.50 | $34,620.11 |
| WT-FICA (Form 941) | 12/31/2010 | 03/21/2011 | $14,069.72 | $22,172.28 |
| WT-FICA (Form 941) | 03/31/2011 | 07/04/2011 | $12,211.36 | $20,135.93 |
| WT-FICA (Form 941) | 06/30/2011 | 10/10/2011 | $10,430.48 | $13,196.65 |
| WT-FICA (Form 941) | 09/30/2011 | 01/02/2012 | $10,564.73 | $17,508.34 |
| WT-FICA (Form 941) | 12/31/2011 | 03/05/2012 | $7,624.66 | $10,907.77 |
| Penalty (Form 1120) | 12/31/2012 | 11/04/2013 | $2,730.00 | $3,022.09 |
| **Total** | | | | **$268,163.53** |

18.     Despite timely notice and demand for payment of the assessments described in paragraph 17, West Potomac Fire & Rescue neglected or refused to make full payment of those assessments.

19.     As of December 26, 2016, West Potomac Fire & Rescue is indebted to the United States in the total amount of $268,163.53, which includes interest and penalties that have accrued as of that date, and will continue to accrue thereafter as provided by law until the balance is paid in full.

20. The United States has exhausted its administrative ability to collect the unpaid employment tax liabilities.

WHEREFORE, the United States prays:

    A. That this Court render judgment in favor of the United States and against West Potomac Fire & Rescue in the amount of $268,163.53 as of December 26, 2016, plus interest and statutory additions accruing thereafter until paid; and

    B. That this Court award the United States such further relief, including the costs of this action, that the Court deems appropriate.

## COUNT II

### REDUCE TO JUDGMENT TAX ASSESSMENTS
### AGAINST FOUR STATE EMERGENCY

21. The United States incorporates paragraphs 1 through 20 of this complaint as if fully set forth herein.

22. Four State Emergency has repeatedly failed to make timely and adequate federal employment tax deposits. A delegate of the Secretary of the Treasury has properly and timely made assessments against Four State Emergency for the following unpaid employment taxes:

| Tax Type | Tax Period Ending | Date of Original Assessment | Tax Assessed | Outstanding Balance (as of December 26, 2016) |
|---|---|---|---|---|
| WT-FICA (Form 941) | 06/30/2015 | 01/04/2016 | $7,570.79 | $7,570.79 |
| WT-FICA (Form 941) | 12/31/2015 | 06/13/2016 | $7,694.94 | $4,807.70 |
| WT-FICA (Form 940) | 12/31/2015 | 06/20/2016 | $840.00 | $1,054.43 |
| Total | | | | $13,383.96 |

23. Despite timely notice and demand for payment of the assessments described in paragraph 22, Four State Emergency has neglected or refused to make full payment of those

assessments.  As of December 26, 2016, Four State Emergency is indebted to the United States

in the total amount of $13,383.96, which includes interest and penalties that have accrued as of

that date, and will continue to accrue thereafter as provided by law until the balance is paid in

full.

      WHEREFORE, the United States prays:

          C.  That this Court render judgment in favor of the United States and against

Four State Emergency in the amount of $13,383.96 as of December 26, 2016, plus

interest and statutory additions accruing thereafter until paid; and

          D.  That this Court award the United States such further relief, including the

costs of this action, that the Court deems appropriate.

## COUNT III

### DECLARE THAT FOUR STATE EMERGENCY IS THE SUCCESSOR-IN-INTEREST OF WEST POTOMAC FIRE & RESCUE

24.      The United States incorporates paragraphs 1 through 23 of this complaint as if

fully set forth herein.

25.      Four State Emergency is the only company that remains in existence since Mr.

Price stopped operating under the name of West Potomac Fire & Rescue in 2012.  There is also

an identity of ownership, clients, and equipment as between West Potomac Fire & Rescue and

Four State Emergency.

26.      Mr. Price was fully aware of West Potomac Fire & Rescue's unpaid federal

employment tax liabilities.  In an attempt to escape his business liabilities, he began to operate

West Potomac Fire & Rescue under a new name – Four State Emergency.

27.      Four State Emergency is a mere continuation of, or successor-in-interest to, West

Potomac Fire & Rescue.  In the alternative, Four State Emergency is the alter ego of West

Potomac Fire & Rescue, and is therefore liable for the unpaid federal tax liabilities of West Potomac Fire & Rescue.

WHEREFORE, the United States prays:

E.  That the Court adjudge, determine, and decree that Four State Emergency is the successor-in-interest of West Potomac Fire & Rescue and, as such, is liable to the United States with respect to the tax assessments made against West Potomac Fire & Rescue as set forth above in paragraph 17.

## COUNT IV

PERMANENT INJUNCTION AGAINST FOUR STATE EMERGENCY AND
WILLIAM AND MICHELLE PRICE PURSUANT TO IRC § 7402(a)

28.     The United States incorporates paragraphs 1 through 28 of this complaint as if fully set forth herein.

29.     Under 26 U.S.C. § 7402(a), this Court may issue injunctions as may be necessary or appropriate for the enforcement of the internal revenue laws.

30.     Four State Emergency, its predecessor-in-interest West Potomac Fire & Rescue, and Mr. and Mrs. Price (collectively, "Defendants") have substantially interfered with, and continue to interfere with, the internal revenue laws by:

a.      Repeatedly failing to collect and pay over to the United States as required by 26 U.S.C. §§3102, 3111, 3301 and 3402 the federal employment tax liabilities of West Potomac Fire & Rescue and its successor-in-interest Four State Emergency, as described above in paragraphs 18 and 23; and

b.      Repeatedly failing to make timely federal tax deposits as required by 26 U.S.C. §§ 6302, 6157, and 26 C.F.R. § 31.6302-1.

31.    Four State Emergency's repeated and consistent failure to fully pay the employment taxes of its predecessor West Potomac Fire & Rescue, or its own federal employment tax liabilities is knowing and willful.  Defendants continue to flout the federal tax laws and accrue additional federal employment tax liabilities, making an injunction by this Court ordering Defendants to comply with their federal tax obligations necessary and appropriate for the enforcement of the internal revenue laws.

32.    Absent court intervention, the United States lacks an adequate legal remedy to prevent the additional accrual or "pyramiding" of unpaid federal employment taxes owed by Four State Emergency.

33.    The United States has suffered and will continue to suffer irreparable harm as a result of Four State Emergency's persistent violation of federal tax statutes.  This includes but is not limited to:

  a.   The loss of tax revenue, including the loss of withheld employee income and FICA taxes for which the employees have already received credit;

  b.   The drain on limited IRS administrative resources due to the required oversight over Four State Emergency's federal employment tax liabilities;

  c.   The harm to the tax system as a whole, when competitors and the public witness Defendants' continued non-compliance with the internal revenue laws.  An injunction against Defendants will deter others from similarly disregarding their legal responsibility to pay employment taxes.

34.    This injunction poses no potential harm to Defendants as they will merely be compelled to comply with the law by making timely employment tax deposits.

35.    An injunction in this case will serve the public interest.  The federal tax system relies on employers to collect and remit federal employment taxes.  Defendants' failure to make employment tax deposits undermines the system of tax collection by giving Defendants an unfair advantage over competitors who respect and comply with the law. Enjoining Defendants by halting their wrongful practices would protect the public interest in fair competition and in the fair administration of the internal revenue laws.

36.    In the absence of an injunction, Defendants' long history of tax avoidance indicates that Four State Emergency and Mr. and Mrs. Price are likely to continue to obstruct and interfere with the enforcement of the internal revenue laws by "pyramiding" employment taxes to the detriment of the United States.

WHEREFORE, the United States prays that this Court enter a permanent injunction ordering Defendants to:

F.    Deposit through the Electronic Funds Transfer Payment System in accordance with federal deposit regulations the withheld employee income taxes, withheld employee FICA taxes, and employer FICA taxes;

G.    Provide proof of the deposits to the Internal Revenue Service at 1260 Maryland Avenue, Hagerstown, Maryland 21740, or at such other location as the Service may deem appropriate, no later than the 20th day of each month;

H.    Timely file all employment tax returns with the Internal Revenue Service at 1260 Maryland Avenue, Hagerstown, Maryland 21740, or at such other location as the Service may deem appropriate;

I.    Timely pay all outstanding liabilities due on each return required to be filed herein;

J.      Timely file all individual tax returns with the Internal Revenue Service at 1260 Maryland Avenue, Hagerstown, Maryland 21740, or at such other location as the Service may deem appropriate;

K.      Refrain from assigning any property or making any disbursements after the date of the injunction until amounts required to be withheld from wages after the date of the injunction are in fact paid to the Service;

L.      Notify the Service of any further employment tax conduct with respect to any new or presently unknown company, or of any business that Defendants William and Michelle Price may come to own, manage, or work for in the next five years or other appropriate specified time period.

The United States further requests any other relief, including the costs of this action, that this Court deems just and proper.


DATED: April 11, 2017                        DAVID A. HUBBERT
                                             Acting Assistant Attorney General

                                             ROD J. ROSENSTEIN
                                             United States Attorney

                                             /s/*Joycelyn S. Peyton*
                                             JOYCELYN S. PEYTON
                                             Trial Attorney, Tax Division
                                             U.S. Department of Justice
                                             Post Office Box 227
                                             Washington, D.C.  20044
                                             Tel:  202-514-6576
                                             Fax:  202-514-6866
                                             Joycelyn.S.Peyton@usdoj.gov
                                             *Counsel for the United States*